**COGBURN LAW OFFICES**
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburnlaw.com
Erik W. Fox, Esq.
Nevada Bar No. 8804
efox@cogburnlaw.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARAH KLIMAN, an individual;<br><br>                Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., a Foreign Corporation, JPMORGAN CHASE BANK, N.A., INC., a Domestic Corporation,<br><br>                Defendants. | Case Number<br>2:18-cv-00292-RFB-PAL<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

     IT IS HERBY STIPULATED by and between Plaintiff, Sarah Kliman ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), by and through their respective attorneys of record, hereby stipulate and agree that all Plaintiff's claims asserted against Experian in the above-captioned shall be and hereby are dismissed with prejudice.

…

…

…

IT IS FURTHER STIPULATED that each party shall bear its own attorney fees and costs.

The parties request that the Clerk of the Court now close this case.

Dated this 15th day of January, 2019.     Dated this 15th day of January, 2019.

COGBURN LAW OFFICES                        NAYLOR & BRASTER

By: _/s/ Erik W. Fox_____              By: _/s/ Andrew J. Sharples_____
Name: Jamie S. Cogburn, Esq.               Name: Jennifer L. Braster, Esq.
     Nevada Bar No. 8409                         Nevada Bar No. 9982
     Erik W. Fox, Esq.                           Andrew J. Sharples, Esq.
     Nevada Bar No. 884                          Nevada Bar No. 12866
     2580 St. Rose Parkway, Suite 330            1050 Indigo Dr., Suite 200
     Henderson, Nevada 89074                     Las Vegas, NV 89145
                                                 *Attorneys for Experian Information*
                                                 *Services, Inc.*

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of January, 2019.

# CERTIFICATE OF SERVICE

Pursuant to FRCP 5, I hereby certify that on the 9th day of January, 2019, I filed the foregoing **STIPULATION AND ORDER TO DISMISS DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** with the Clerk of the Court for the United States District Court by using the Court's CM/ECF system to be served to the following participants:

**NAYLOR & BRASTER**
*Attorneys for Experian Information Solutions, Inc.*

Jennifer L. Braster, Esq.
Andrew J. Sharples, Esq.
1050 Indigo Dr., Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 420-7000
Fax: (702) 420-7001
Email: jbraster@naylorandbrasterlaw.com
Email: asharples@naylorandbrasterlaw.com
Email: areams@nblawnv.com

                                         /s/ *Amy Quach*
                                     An employee of Cogburn Law Offices